Agency: USPIS

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

1:11-mj-1183

United States of America
v.
JOHNNY BERNARD JONES,
also known as "JayJ" and "Twenty"
*Defendant*

Case No. 3:10-cr-149
Phillips/Guyton

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHNNY BERNARD JONES, also known as "JayJ" and "Twenty,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

unlawfully and knowingly combine, conspire and agree with one another to execute a scheme and artifice to defraud financial institutions and to obtain, by false and fraudulent pretenses and representations, money, funds, credits, assets, securities, and other property owned by, and under the custody and control of financial institutions in violation of 18 U.S.C. § 1349.

Date: 7/20/2011

*Issuing officer's signature*

City and state: Knoxville, TN

Kathy Keeton, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/27/11, and the person was arrested on *(date)* 8/2/11
at *(city and state)* Atlanta, GA.

Date: 8/2/11

*Arresting officer's signature*

Michael D. Trull, Special Agent
*Printed name and title* US Secret Service

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2011 JUL 20 A 11: 44
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-149 |
| | ) | |
| LARRY JAMES SEYMORE, | ) | JUDGES PHILLIPS/GUYTON |
| RAMARCUS BOWDEN, | ) | |
| LEONARDO WILLIAMS, | ) | |
| JOHNNY BERNARD JONES, | ) | |
| also known as "JayJ" and "Twenty," | ) | |
| RODERICK LAMAR DAVIS, | ) | |
| also known as "Blood" and "Big Mike," | ) | |
| WILLIAM J.M. BRADLEY, | ) | |
| PAUL W. DURNELL, | ) | |
| THAD WILLIAM MORRIS, and | ) | |
| DAVID SPURLOCK, | ) | |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT I
[Conspiracy to Commit Bank Fraud]

1. From on or about October 8, 2010, through on or about November 17, 2010, the exact dates being unknown to the Grand Jury, in the Eastern District of Tennessee and elsewhere, defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN, LEONARDO WILLIAMS, JOHNNY BERNARD JONES, RODERICK LAMAR DAVIS, WILLIAM J.M. BRADLEY, PAUL W. DURNELL, THAD WILLIAM MORRIS and DAVID R. SPURLOCK, did unlawfully and knowingly combine, conspire and agree with one another and with co-conspirators Niya Almond, Preston Franklin Adams, Charles R. Agee, Jay William Cody, George M. Eberline, Richard Gettis, Jr., Steven L. Glover, Leroy Gunn, Gary A. Hawkins, Stevie B. Isaacs, Mark Lawrence Michalec, Doris Marie Parker, Travis Wayne Perkins, Edwin

ATTEST: A TRUE COPY
CERTIFIED TRUE 7/20/11
PATRICIA L. McNUTT, CLERK
_____ D. CLERK

Rosario, Thomas J. Ruchti, Wade Freeman Seeber, Rhonda Gail Shelton, Nicky Lynn Sweat, Stacy N. Thomas, Donald Michael Turpin, Gregory Whitfield, John Conners and others, both known and unknown to the grand jury, to execute a scheme and artifice to defraud financial institutions and to obtain, by false and fraudulent pretenses and representations, money, funds, credits, assets, securities, and other property owned by, and under the custody and control of financial institutions, the deposits of which were federally insured, in violation of Title 18, United States Code, Section 1344.

## OBJECTS AND PURPOSES OF THE CONSPIRACY

2. The objects and purposes of this conspiracy were that the Defendants and their co-conspirators would and did present and cause to be presented counterfeit checks to financial institutions for cashing and would and did obtain money from financial institutions by fraud and deceit.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy that defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN, LEONARDO WILLIAMS, JOHNNY BERNARD JONES and RODERICK LAMAR DAVIS, and others, including, co-conspirator Niya Almond, would and did travel from the Atlanta, Georgia area to the Knoxville, Tennessee area and to other states, including Alabama and Florida, for the purpose of executing the aforesaid fraudulent and deceitful scheme.

4. It was further part of the conspiracy that members of the conspiracy would and did obtain and use, without authority, legitimate bank account information, including business names, addresses, bank routing numbers, and account numbers, and would and did use the

forged signatures of authorized signatories on said bank accounts to prepare counterfeit checks which purported to be drawn upon legitimate accounts held at federally insured financial institutions, including SunTrust Bank, Regions Bank, First Tennessee Bank, Branch Banking and Trust ("BB&T"), Pinnacle Bank, and Home Federal Bank.

5. It was further part of the conspiracy that defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN, LEONARDO WILLIAMS, JOHNNY BERNARD JONES and RODERICK LAMAR DAVIS, and co-conspirators Niya Almond and Thomas Riley would and did recruit persons in the Knoxville, Tennessee area, and in other places, including Birmingham, Alabama and Jacksonville, Florida, with government-issued identification cards, including defendants WILLIAM J.M. BRADLEY, PAUL W. DURNELL, THAD WILLIAM MORRIS and DAVID R. SPURLOCK, and co-conspirators Preston Franklin Adams, Charles R. Agee, Jay William Cody, George M. Eberline, Richard Gettis, Jr., Steven L. Glover, Leroy Gunn, Gary A. Hawkins, Stevie B. Isaacs, Mark Lawrence Michalec, Doris Marie Parker, Travis Wayne Perkins, Edwin Rosario, Thomas J. Ruchti, Wade Freeman Seeber, Rhonda Gail Shelton, Nicky Lynn Sweat, Stacy N. Thomas, Donald Michael Turpin, Gregory Whitfield, John Conners and others to present to federally insured financial institutions in the Knoxville, Tennessee area, the Birmingham, Alabama area and the Jacksonville, Florida area counterfeit checks made payable to them for cashing in exchange for a portion of the proceeds of the cashed counterfeit checks or for crack cocaine.

6. It was further part of the conspiracy that members of the conspiracy would and did use identification information of other members of the conspiracy in conjunction with bank account information of legitimate businesses, including forged signatures of authorized

signatories, to create counterfeit business checks made payable to the order of members of the conspiracy, including defendants WILLIAM J.M. BRADLEY, PAUL W. DURNELL, THAD WILLIAM MORRIS and DAVID R. SPURLOCK, and co-conspirators Preston Franklin Adams, Charles R. Agee, Jay William Cody, George M. Eberline, Richard Gettis, Jr., Steven L. Glover, Leroy Gunn, Gary A. Hawkins, Stevie B. Isaacs, Mark Lawrence Michalec, Doris Marie Parker, Travis Wayne Perkins, Edwin Rosario, Thomas J. Ruchti, Wade Freeman Seeber, Rhonda Gail Shelton, Nicky Lynn Sweat, Stacy N. Thomas, Donald Michael Turpin, Gregory Whitfield, John Conners and others.

7. It was further part of the conspiracy that members of the conspiracy including defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN and LEONARDO WILLIAMS, and co-conspirator Niya Almond would and did take other members of the conspiracy to purchase clothing for them at local thrift stores for them to wear into the financial institutions to present for cashing the aforesaid counterfeit checks.

8. It was further part of the conspiracy that defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN and LEONARDO WILLIAMS, and co-conspirator Niya Almond would and did send text messages to defendants JOHNNY BERNARD JONES and RODERICK LAMAR DAVIS providing the names and identifying information of the co-conspirators who had been recruited to cash counterfeit checks for the purpose of creating the counterfeit checks.

9. It was further part of the conspiracy that defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN, LEONARDO WILLIAMS and JOHNNY BERNARD JONES, and co-conspirator Niya Almond would and did take other members of the conspiracy,

including defendants WILLIAM J.M. BRADLEY, PAUL W. DURNELL, THAD WILLIAM MORRIS and DAVID R. SPURLOCK, and co-conspirators Preston Franklin Adams, Charles R. Agee, Jay William Cody, George M. Eberline, Richard Gettis, Jr., Steven L. Glover, Leroy Gunn, Gary A. Hawkins, Stevie B. Isaacs, Mark Lawrence Michalec, Doris Marie Parker, Travis Wayne Perkins, Edwin Rosario, Thomas J. Ruchti, Wade Freeman Seeber, Rhonda Gail Shelton, Nicky Lynn Sweat, Stacy N. Thomas, Donald Michael Turpin, Gregory Whitfield, John Conners and others to financial institutions for the purpose of cashing the aforesaid counterfeit checks.

10. It was further part of the conspiracy that defendants LARRY JAMES SEYMORE, RAMARCUS BOWDEN, LEONARDO WILLIAMS and JOHNNY BERNARD JONES, and co-conspirator Niya Almond would and did wait at a nearby location for the members of the conspiracy who were attempting to cash the aforesaid counterfeit checks to return with the money from the cashed counterfeit checks.

[18 U.S.C. § 1349]

COUNT 2
Aggravated Identity Theft

On or about October 15, 2010, in the Eastern District of Tennessee, the defendants, RAMARCUS BOWDEN and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Regions Bank account of Sykes Electrical & Mechanical Enterprises, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 3
Aggravated Identity Theft

On or about October 15, 2010, in the Eastern District of Tennessee, the defendants, RAMARCUS BOWDEN and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the First Tennessee Bank account of Jefferson County Clerk's Office.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 4
Aggravated Identity Theft

On or about October 15, 2010, in the Eastern District of Tennessee, the defendants, RAMARCUS BOWDEN and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Pinnacle Bank account of Middle TN Broadband, LLC.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 5
Aggravated Identity Theft

On or about October 15, 2010, in the Eastern District of Tennessee, the defendants, RAMARCUS BOWDEN and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the SunTrust Bank account of Warren-Hay Mechanical Contrators, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 6
Aggravated Identity Theft

On or about October 15, 2010, in the Eastern District of Tennessee, the defendants, RAMARCUS BOWDEN and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Regions Bank account of Top Gun Powder Coating, LLC.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 7
Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Regions Bank account of Oral & Maxillofacial Surgical Specialist, P.C.
[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 8
Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the SunTrust Bank account of All Systems, Inc.
[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

## COUNT 9
### Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the BB&T account of The Calhoun Lodge.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

## COUNT 10
### Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the BB&T account of Zebra Construction Company, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 11
Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Regions Bank account of RightServices, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 12
Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the BB&T account of The Knifesource, LLC.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

## COUNT 13
### Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the SunTrust Bank account of Chesapeake Bay Pain Medicine PC.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

## COUNT 14
### Aggravated Identity Theft

On or about October 21, 2010, in the Eastern District of Tennessee, the defendants, LEONARDO WILLIAMS and RODERICK LAMAR DAVIS, aided and abetted by one another and others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the SunTrust Bank account of Standard Precast, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

Count 15
Aggravated Identity Theft

On or about October 28, 2010, in the Eastern District of Tennessee, the defendant, LARRY JAMES SEYMORE, aided and abetted by others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that is the name of the authorized signatory on the Regions Bank account of Stonebrook Partners, LLC.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

COUNT 16
Aggravated Identity Theft

On or about October 28, 2010, in the Eastern District of Tennessee, the defendant, LARRY JAMES SEYMORE, aided and abetted by others unknown to the grand jury, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Bank Fraud, as charged in Count 1 of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of

another person, that is the name of the authorized signatory on the SunTrust Bank account of Avenair Mtn. Cabins, Inc.

[18 U.S.C. §§ 1028A (a)(1) and (c)(5)]

A TRUE BILL:

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

By: s/ D. Gregory Weddle
D. Gregory Weddle
Matthew T. Morris
Assistant United States Attorneys